**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EVER GONZALEZ, an individual, d/b/a GONZALEZ AUTOMOTIVE, et. al.<br><br>　　　　　　Defendants. | Case No.: 5:12-cv-00576-LHK<br><br>ORDER TO FILE CONSENT/DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |

　　　On February 7, 2012, Plaintiff filed a written consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order of a final judgment. ECF No. 14. By 6:00 P.M. on February 14, 2012, Defendants shall file their written consent or declination to proceed before a United States Magistrate Judge. Plaintiff must serve this Order on Defendants."cpf "lkg"c"egtvkhkecvg"qh"ugtxkeg. by 12:00 P.M., February 13, 2012.

**IT IS SO ORDERED.**

Dated:  February 10, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1