1   GLYNN & FINLEY, LLP
    ADAM FRIEDENBERG, Bar No. 205778
2   KEVIN T. BARGER, Bar No. 267713
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5
    Attorneys for Plaintiff
6   ConocoPhillips Company

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  CONOCOPHILLIPS COMPANY, a          )   **Case No. C12-00576 LHK**
    Delaware corporation,              )
12                                     )   **STIPULATED JUDGMENT**
                    Plaintiff,         )
13                                     )   **AS MODIFIED**
          vs.                          )
14                                     )
    EVER GONZALEZ, an individual, doing )
15  business as GONZALEZ AUTOMOTIVE,   )
    SAN RAFAEL AUTOMOTIVE &            )
16  MUFFLER, NOVATO 76 AUTOMOTIVE      )
    & MUFFLER, NOVATO 76               )
17  AUTOMOTIVE, CORTE MADERA 76        )
    AUTOMOTIVE, G&M AUTO REPAIR,       )
18  MILL VALLEY 76 AUTOMOTIVE, 76      )
    AUTOMOTIVE and GONZALEZ            )
19  AUTOMOTIVE INCORPORATED LLC;       )
    and GONZALEZ AUTOMOTIVE, LLC, a    )
20  California Limited Liability Company, a/k/a )
    "Gonzalez automotive incorporated llc",    )
21                                     )
                    Defendants.        )
22  _____)

23

24        It is hereby stipulated by and between Plaintiff ConocoPhillips Company ("COP") and

25  Defendants Ever Gonzalez and Gonzalez Automotive, LLC (collectively, "Defendants") that the

26  Court shall enter judgment in favor of COP and against Defendants.  Thus, all parties to this

27  proceeding having consented to and requested the entry of this Judgment, it is hereby

28  ORDERED and ADJUDGED that:

1.    Defendants, and all of their employees, officers, directors, agents, stockholders, parent or subsidiary corporations, successors, assigns, attorneys, persons acting on their behalf, in concert with them, or under their influence or control are permanently enjoined from:

    a.  All display, promotion or other use of any trademark, service mark, trade name, trade dress or other designation of source or origin in connection with the promotion, distribution, invoicing, and/or sale of Defendants' services and goods, including, but not limited to, auto repair, petroleum products, lubricants, products for motor vehicles, and related goods and services in or at any location, including, but not limited to, **Defendants'** business facilities, that are the same as or confusingly similar to COP's 76 trademarks and related service marks, trade dress, logs, designs, symbols, trade names and any other trade indicia (collectively referred to as "76 Marks"), which include, but are not limited to, the following registered trademarks:

        i.  (1) U.S. Reg. No. 3,107,583; (2) U.S. Reg. No. 3,176,768; (3) U.S. Reg. No. 3,176,763; (4) 3,042,693; (5) U.S. Reg. No. 2,940,047; (6) U.S. Reg. No. 2,938,185; (7) U.S. Reg. No. 1,568,820; (8) U.S. Reg. No. 3,495,946; (9) U.S. Reg. No. 3,492,578; (10) U.S. Reg. No. 3,727,675; (11) U.S. Reg. No. 2,935,849; (12) U.S. Reg. No. 1,676,124; (13) U.S. Reg. No. 754,629; (14) U.S. Reg. No. 867,703; (15) U.S. Reg. No. 750,554; and, (16) U.S. Reg. No. 754,420.

(Copies of the respective U.S. Trademark Registrations for the above marks are attached hereto as Exhibit A.)

Defendants' business facilities described in this Stipulated Judgment include the following:  Defendants' physical facilities and surrounding grounds from which Defendants render services and sell products, including without limitation those located at: (1) 825 5th Avenue, San Rafael, CA 94901; (2) 360 Third Street, San Rafael, CA 94901; (3) 7417 Redwood Boulevard, Novato, CA 94945; (4) 630 E. Blithedale Avenue, Mill Valley, CA 94941; (5) 700 Tamalpais Drive, Corte

1   Madera, California 94925; (6) 51A Belvedere Street, San Rafael, CA 94901; and

2   (7) 7300 Redwood Boulevard, Novato, CA 94945; and all other documents and

3   property of either Defendant located or used at or in connection with either

4   Defendant's business operations, including but not limited to, all electronic and

5   printed documentation, and all equipment and vehicles used to deliver goods

6   and/or render services;

7   b.   Making any statement or representing in writing or orally (including without

8   limitation on internet webpages or by other electronic or printed means), or

9   performing any acts, in connection with the promotion, distribution, invoicing,

10   providing of price quotes, and/or sale of Defendants' goods and/or services that

11   are likely to lead the public or individual members of the public to believe that

12   Defendants or their goods and/or services offered for sale at Defendants' business

13   facilities are in any manner directly or indirectly, associated, affiliated, or

14   connected with or licensed, sponsored, authorized, supplied, **provided**, **warranted**,

15   controlled as to quality, or approved by COP.

16   In fulfilling their obligations under this Stipulated Judgment, Defendants are ordered

17   to and shall affirmatively undertake and complete the following actions within 15 days of the

18   date of entry of this Stipulated Judgment:

19   a.   Permanently remove from Defendants' business facilities and destroy all exterior

20   and interior signage that bear any of the 76 Marks or any marks confusingly

21   similar thereto or any associated trade dress;

22   b.   Permanently remove from Defendants' business facilities (including, but not

23   limited to, those set forth above) and destroy all products, uniforms, exterior and

24   interior signs, banners, posters, prints, labeling, packaging, clocks, merchandise,

25   labels, signs, wrappers, receptacles, invoices, stationary, floor mats, advertising

26   materials, promotion materials, point-of-purchase materials, business cards, bay

27   signs, and any other tangible items which bear or make any reference to any of the

28   76 Marks or any marks confusingly similar thereto;

1      c.  Permanently cancel the www.76automotive.com internet domain and any other

2         internet site on which Defendants are using the 76 Marks or displaying associated

3         trade dress, and immediately remove the 76 Marks from the

4         www.gonzalezautomotive.com web domain;

5      d.  Cease all use of any other domain names containing any of the 76 Marks or any

6         terms confusingly similar thereto, and permanently remove from Defendants'

7         Internet websites and related electronic media all metatags, keywords, and

8         AdWords for Internet search engines, postURL or forwarding commands,

9         hyperlinks, and any other electronic coding that uses any of the 76 Marks or any

10        terms confusingly similar thereto;

11     e.  Disable and delete all Defendants' social media pages that are using the 76 Marks

12        and references to the 76 Marks on all social media sites (including, without

13        limitation, Facebook, Twitter, and Yelp);

14     f.  Cancel all tradenames, d/b/a registrations, and registered business entities that are

15        confusingly similar to or contain the 76 Marks, including without limitation, all

16        business names identified in the caption of this Stipulated Judgment;  and

17     g.  Permanently remove and destroy all other appearances and uses of any of the

18        COP Trademarks or any terms confusingly similar thereto in connection with the

19        promotion, distribution, and/or sale of Defendant's related goods and services that

20        are not otherwise addressed in this Stipulated Judgment, including but not limited

21        to, invoices, price lists, credit applications, coupons, photographs, website pages

22        and other Internet-related uses, and uses in text.

23   2.  Defendants shall, within 30 days as of the date of this Stipulated Judgment, file

24  with the Court and serve on COP's counsel a written report signed by Defendants, setting forth

25  in detail the manner in which Defendants have fully complied with each aspect of this Stipulated

26  Judgment and the permanent injunction included herein.

27

28

STIPULATED JUDGMENT

1    3.    COP is awarded its reasonable attorneys' fees and costs in the amount of $30,000,

2    pursuant to 15 U.S.C. §1117(a). Defendants are jointly and severally liable to COP for this

3    amount.

4    4.    The Court will retain jurisdiction over this matter after final determination for the

5    purposes of receiving and entering Defendants' written report, for purposes of enforcement of

6    Defendants' compliance with this Stipulated Judgment, and for purposes of enabling COP to

7    apply to the Court for such direction, order or further decree as may be appropriate for

8    construction, enforcement or for the punishment of any violation hereof, or for such additional

9    relief as may become necessary to fully realize the intentions of this Stipulated Judgment.

10    5.    Defendants admit and acknowledge that they have engaged in the unauthorized

11    use of the 76 Marks in connection with the sale of their services and products. Defendants admit

12    and acknowledge that they are not, and never have been, affiliated with COP, under contract with

13    COP, or otherwise authorized to use any of the 76 Marks.

14    6.    Defendants admit and acknowledge that their conduct and activities described

15    above have caused irreparable harm to COP for which there is no adequate remedy at law.

16    7.    Defendants admit and acknowledge that any violation of this Stipulated Judgment

17    will cause COP immediate and irreparable harm.

18    8.    Defendants agree that to the extent that COP has to take action to enforce any

19    term of this Stipulated Judgment, Defendants will pay all reasonable attorney's fees and

20    expenses COP incurs as a result of such enforcement action, in addition to any other remedy to

21    which COP may be entitled under this Stipulated Judgment or otherwise under the law.

22    9.    This judgment shall become final for all purposes upon its entry; Defendants

23    waive any right to appeal to or seek review by any higher court of this Stipulated Judgment.

24    SO ORDERED, this 10th day of ___April_____, 2012

25    The Clerk shall close the file.

26                                    *Lucy H. Koh*
                                      _____
                                      Hon. Lucy Koh
27                                    United States District Judge

28    CONSENTED TO AND SO STIPULATED:

STIPULATED JUDGMENT

1   GLYNN & FINLEY, LLP
    ADAM FRIEDENBERG
2   One Walnut Creek Center
    100 Pringle Avenue, Suite 500
3   Walnut Creek, CA  94596

4

5   Attorneys for Plaintiff
    ConocoPhillips Company
6

7

8
    Che Hasim, Esq.
9   Attorney for Defendants Ever Gonzalez
    and Gonzalez Automotive, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED JUDGMENT

# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,107,583

Registered June 20, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
MA 1136
HOUSTON, TX 770791175

FOR: CLOTHING, NAMELY, CAPS; SPORTS SHIRTS; DRESS SHIRTS; T-SHIRTS; JACKETS; WIND RESISTANT JACKETS; SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-5-2004; IN COMMERCE 3-5-2004.

OWNER OF U.S. REG. NOS. 566,785, 2,940,047, AND OTHERS.

SN 78-317,192, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, caps; sports shirts; dress shirts; t-shirts; jackets; wind resistant jackets; sweatshirts. FIRST USE: 20040305. FIRST USE IN COMMERCE: 20040305 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 78317192 |
| **Filing Date** | October 22, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 7, 2004 |
| **Registration Number** | 3107583 |
| **Registration Date** | June 20, 2006 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE 600 North Dairy Ashford MA 1136 Houston TEXAS 770791175 |
| **Attorney of Record** | Lynda S. Jolly |
| **Prior Registrations** | 0566785;0754629;0867703;2255427;2940047;AND OTHERS |

| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 37

Prior U.S. Cls.: 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 3,176,768
Registered Nov. 28, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# 76

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
MA 1138
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: VEHICLE SERVICE STATION SERVICES; FUELING SERVICES FOR AUTOMOTIVE VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-28-1962; IN COMMERCE 2-28-1962.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 566,785, 2,938,185 AND OTHERS.

SER. NO. 78-777,891, FILED 12-21-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# 76

| Word Mark | 76 |
| Goods and Services | IC 037. US 100 103 106. G & S: Vehicle service station services; fueling services for automotive vehicles. FIRST USE: 19620228. FIRST USE IN COMMERCE: 19620228 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78777891 |
| Filing Date | December 21, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 12, 2006 |
| Registration Number | 3176768 |
| Registration Date | November 28, 2006 |
| Owner | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE MA 1138 600 North Dairy Ashford Houston TEXAS 770791175 |
| Attorney of Record | Lynda S. Jolly |
| Prior Registrations | 0566785;2935849;2938185;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

## United States Patent and Trademark Office

Reg. No. 3,176,763

Registered Nov. 28, 2006

### TRADEMARK
#### PRINCIPAL REGISTER

# 76

CONOCOPHILLIPS COMPANY (DELAWARE
CORPORATION)
MA 1138
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: FUEL FOR MOTOR VEHICLES, NAMELY,
GASOLINE, DIESEL; INDUSTRIAL OILS; GENER-
AL PURPOSE INDUSTRIAL GREASES AND AUTO-
MOTIVE LUBRICANTS, IN CLASS 4 (U.S. CLS. 1, 6
AND 15).

FIRST USE 1-2-1932; IN COMMERCE 1-2-1932.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 566,785, 3,042,693 AND
OTHERS.

SER. NO. 78-777,430, FILED 12-20-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# 76

| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 004. US 001 006 015. G & S: Fuel for motor vehicles, namely, gasoline, diesel; industrial oils; general purpose industrial greases and automotive lubricants. FIRST USE: 19320102. FIRST USE IN COMMERCE: 19320102 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78777430 |
| **Filing Date** | December 20, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 12, 2006 |
| **Registration Number** | 3176763 |
| **Registration Date** | November 28, 2006 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE MA 1138 600 North Dairy Ashford Houston TEXAS 770791175 |
| **Attorney of Record** | Lynda S. Jolly |
| **Prior Registrations** | 0566785;2935849;3042693;AND OTHERS |

| Type of Mark | TRADEMARK |
|---|---|
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME · NEW USER · STRUCTURED · FREE FORM · BROWSE DICT · SEARCH OG · TOP · HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 4

Prior U.S. Cls.: 1, 6, and 15

Reg. No. 3,042,693

## United States Patent and Trademark Office

Registered Jan. 10, 2006

### TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
MA 1138
HOUSTON, TX 770791175

FOR: CUTTING OILS, THREADING CUTTING OILS, HYDRAULIC OILS, LUBRICATING OILS, AUTOMOTIVE GREASES, GENERAL PURPOSE AND INDUSTRIAL GREASES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 6-30-2004; IN COMMERCE 6-30-2004.

OWNER OF U.S. REG. NOS. 566,785 AND 867,703.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER 76 DEPICTED IN THE COLOR BLUE IN A RED CIRCLE.

SN 78-391,705, FILED 3-26-2004.

CYNTHIA SLOAN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 004. US 001 006 015. G & S: Cutting oils, threading cutting oils, hydraulic oils, lubricating oils, automotive greases, general purpose and industrial greases. FIRST USE: 20040630. FIRST USE IN COMMERCE: 20040630 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 78391705 |
| **Filing Date** | March 26, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 19, 2005 |
| **Registration Number** | 3042693 |
| **Registration Date** | January 10, 2006 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE 600 North Dairy Ashford MA 1138 Houston TEXAS 770791175 |
| **Attorney of Record** | Craig Stone |
| **Prior Registrations** | 0566785;0867703 |
| **Description of** | The color(s) red and blue is/are claimed as a feature of the mark. The mark consists of the |

| | |
|---|---|
| **Mark** | number 76 depicted in the color blue in a red circle. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

**United States Patent and Trademark Office**

Reg. No. 2,940,047

Registered Apr. 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: GASOLINE, DIESEL FUEL AND KERO-SENE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-20-2003; IN COMMERCE 8-20-2003.

OWNER OF U.S. REG. NOS. 566,785, 867,703, AND 2,636,225.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS IN THE RED CIR-CULAR BACKGROUND AND THE COLOR BLUE APPEARS IN THE NUMBER "76".

SER. NO. 78-391,709, FILED 3-26-2004.

RENEE MCCRAY, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 004. US 001 006 015. G & S: gasoline, diesel fuel and kerosene. FIRST USE: 20030820. FIRST USE IN COMMERCE: 20030820 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | **78391709** |
| **Filing Date** | March 26, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 18, 2005 |
| **Registration Number** | 2940047 |
| **Registration Date** | April 12, 2005 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE 600 North Dairy Ashford Houston TEXAS 77079 |
| **Attorney of Record** | Jeannine A Rittenhouse |
| **Prior Registrations** | 0566785;0867703;2636225 |
| **Description of Mark** | The color(s) red and blue is/are claimed as a feature of the mark. The color red appears in the red circular background and the color blue appears in the number "76". |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

Int. Cl.: 37

Prior U.S. Cls.: 100, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,938,185

Registered Apr. 5, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 6-30-2003; IN COMMERCE 8-20-2003.

OWNER OF U.S. REG. NOS. 566,785 AND 867,703.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER 76 DEPICTED IN THE COLOR BLUE IN A RED CIRCLE.

SER. NO. 78-391,695, FILED 3-26-2004.

DAWN HAN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 037. US 100 103 106. G & S: Vehicle service station services. FIRST USE: 20030630. FIRST USE IN COMMERCE: 20030820 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 78391695 |
| **Filing Date** | March 26, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 11, 2005 |
| **Registration Number** | 2938185 |
| **Registration Date** | April 5, 2005 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE 600 North Dairy Ashford Houston TEXAS 77079 |
| **Attorney of Record** | Jeannine A Rittenhouse |
| **Prior Registrations** | 0566785;0867703 |
| **Description of Mark** | The color(s) red and blue is/are claimed as a feature of the mark. The mark consists of the number 76 depicted in the color blue in a red circle. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 37

Prior U.S. Cl.: 103

**Reg. No. 1,568,820**

# United States Patent and Trademark Office

Registered Nov. 28, 1989

## SERVICE MARK
### PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFORNIA (CALIFORNIA CORPORATION), DBA UNOCAL
1201 WEST 5TH STREET
LOS ANGELES, CA 90017

FOR: AUTOMOBILE LUBRICATION AND OIL CHANGING SERVICES, IN CLASS 37 (U.S. CL. 103).

FIRST USE 7-0-1988; IN COMMERCE 7-0-1988.

OWNER OF U.S. REG. NOS. 566,785, 720,238, AND 1,407,063.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXPRESSLUBE", APART FROM THE MARK AS SHOWN.

THE LINING ON THE DRAWING IN THE MARK IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SER. NO. 779,378, FILED 2-6-1989.

LINDA HEBAN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 EXPRESSLUBE |
| **Goods and Services** | IC 037. US 103. G & S: AUTOMOBILE LUBRICATION AND OIL CHANGING SERVICES. FIRST USE: 19880700. FIRST USE IN COMMERCE: 19880700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.01 - Circles as carriers or as single line borders<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters |
| **Serial Number** | 73779378 |
| **Filing Date** | February 6, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 5, 1989 |
| **Registration Number** | 1568820 |
| **Registration Date** | November 28, 1989 |
| **Owner** | (REGISTRANT) UNION OIL COMPANY OF CALIFORNIA DBA UNOCAL CORPORATION CALIFORNIA 1201 WEST 5TH STREET LOS ANGELES CALIFORNIA 90017<br><br>(LAST LISTED OWNER) ConocoPhillips Company CORPORATION DELAWARE 600 North Dairy Ashford, MA-1135 HOUSTON TEXAS 770791175 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| **Attorney of Record** | Carlynn Ferguson, Dermot J. Horgan, Jeannine Rittenhouse, Gary S. Saposnik, Sean S. Swidler, Dmitriy Makarov, Vangelis Economou, Amanda Peluse, Mark Nieds |
|---|---|
| **Prior Registrations** | 0566785;0720238;1407063 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXPRESSLUBE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | THE LINING ON THE DRAWING IN THE MARK IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091013. |
| **Renewal** | 2ND RENEWAL 20091013 |
| **Live/Dead Indicator** | LIVE |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,495,946

Registered Sep. 2, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 2108
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: PREPAID PRESTORED POINT OF SALE PURCHASE CARD SERVICES, CREDIT CARD AND DEBIT CARD SERVICES AND TELEPHONE CALLING CARD SERVICES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NOS. 1,276,507, 2,827,880 AND OTHERS.

SER. NO. 78-312,152, FILED 10-10-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Prepaid prestored point of sale purchase card services, credit card and debit card services and telephone calling card services. FIRST USE: 20030801. FIRST USE IN COMMERCE: 20030801 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. |
| **Trademark Search Facility Classification Code** | NUM-26-UP 76 Other Numerals - 26 and Up<br>SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles<br>SHAPES-MISC Miscellaneous shaped designs<br>SHAPES-OVALS Oval figures or designs including incomplete ovals and one or more ovals |
| **Serial Number** | 78312152 |
| **Filing Date** | October 10, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 22, 2005 |
| **Registration Number** | 3495946 |
| **Registration Date** | September 2, 2008 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE ML 2108 600 North Dairy Ashford Houston TEXAS 77079 |

| | |
|---|---|
| **Attorney of Record** | Lynda S. Jolly |
| **Prior Registrations** | 1276507;2627477;2827880;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 3,492,578

Registered Aug. 26, 2008

### TRADEMARK
#### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 2108
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: MAGNETICALLY ENCODED CODES, NAMELY, PREPAID PRESTORED POINT OF SALE PURCHASE CARDS, CREDIT CARDS AND DEBIT CARDS AND TELEPHONE CALLING CARDS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NOS. 2,627,477, 2,827,880 AND OTHERS.

SER. NO. 78-312,043, FILED 10-10-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | 76 |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Magnetically encoded codes, namely, prepaid prestored point of sale purchase cards, credit cards and debit cards and telephone calling cards. FIRST USE: 20030801. FIRST USE IN COMMERCE: 20030801 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. |
| **Trademark Search Facility Classification Code** | NUM-26-UP 76 Other Numerals - 26 and Up<br>SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles |
| **Serial Number** | 78312043 |
| **Filing Date** | October 10, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 22, 2005 |
| **Registration Number** | 3492578 |
| **Registration Date** | August 26, 2008 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE ML 2108 600 North Dairy Ashford Houston TEXAS 77079 |

| | |
|---|---|
| **Attorney of Record** | Lynda S. Jolly |
| **Prior Registrations** | 2627477;2827880;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,727,675**
Registered Dec. 22, 2009

**Int. Cl.: 37**

**SERVICE MARK**
**PRINCIPAL REGISTER**

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 1106
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-7-2007; IN COMMERCE 1-7-2007.

OWNER OF U.S. REG. NOS. 867,703, 2,938,185 AND OTHERS.

THE COLOR(S) RED, BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RED-COLORED SPHERE HAVING INSCRIBED ON ITS SURFACE THE NUMERALS "76" IN BLUE OUTLINED IN WHITE AFFIXED ATOP A WHITE CYLINDRICAL POLE AND BASE PLATE ALSO IN WHITE.

SER. NO. 77-701,251, FILED 3-27-2009.

NAPOLEON SHARMA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 037. US 100 103 106. G & S: Vehicle service station services. FIRST USE: 20070107. FIRST USE IN COMMERCE: 20070107 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.13.03 - Advertising, signs, mounted or with posts or standards; Street signs (mounted on posts) <br> 21.03.16 - Golf balls; Golf tees; Tees for golf <br> 26.01.21 - Circles that are totally or partially shaded. <br> 26.19.01 - Spheres (geometric) |
| **Trademark Search Facility Classification Code** | ART-07.13 Billboards, Signs <br> ART-21.03 Sporting articles; merry-go-rounds <br> NUM-26-UP 76 Other Numerals - 26 and Up <br> SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles <br> SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors |
| **Serial Number** | 77701251 |
| **Filing Date** | March 27, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 6, 2009 |
| **Registration Number** | 3727675 |
| **Registration Date** | December 22, 2009 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE ML 1106 600 North Dairy |

|  | Ashford Houston TEXAS 770791175 |
| **Attorney of Record** | Mark A. Nieds |
| **Prior Registrations** | 0867703;2935849;2938185;AND OTHERS |
| **Description of Mark** | The color(s) red, blue and white is/are claimed as a feature of the mark. The mark consists of a red-colored sphere having inscribed on its surface the numerals "76" in blue outlined in white affixed atop a white cylindrical pole and base plate also in white. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cls.: 4 and 37

Prior U.S. Cls.: 1, 6, 15, 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,935,849

Registered Mar. 29, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)

600 NORTH DAIRY ASHFORD

HOUSTON, TX 77079

FOR: CUTTING OILS, THREAD-CUTTING OILS, GASOLINE, KEROSENE, HYDRAULIC OIL, LUBRICATING OILS AND GREASES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 11-18-1952; IN COMMERCE 11-18-1952.

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 12-29-1966; IN COMMERCE 12-29-1966.

OWNER OF U.S. REG. NOS. 566,785, 2,827,880 AND OTHERS.

SER. NO. 76-566,947, FILED 12-11-2003.

BRIAN BROWN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 004. US 001 006 015. G & S: cutting oils, thread-cutting oils, gasoline, kerosene, hydraulic oil, lubricating oils and greases. FIRST USE: 19521118. FIRST USE IN COMMERCE: 19521118 |
| | IC 037. US 100 103 106. G & S: vehicle service station services. FIRST USE: 19661229. FIRST USE IN COMMERCE: 19661229 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.01 - Circles as carriers or as single line borders |
| **Serial Number** | 76566947 |
| **Filing Date** | December 11, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 4, 2005 |
| **Registration Number** | 2935849 |
| **Registration Date** | March 29, 2005 |
| **Owner** | (REGISTRANT) ConocoPhillips Company CORPORATION DELAWARE 600 North Dairy Ashford Houston TEXAS 77079 |
| **Attorney of Record** | Jeannine A Rittenhouse |

| | |
|---|---|
| **Prior Registrations** | 0566785;0754629;0867703;2056323;2155294;2579602;2661803;2827880;AND OTHERS |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 37

Prior U.S. Cl.: 103

## United States Patent and Trademark Office

Reg. No. 1,676,124
Registered Feb. 18, 1992

### SERVICE MARK
PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFORNIA (CALIFORNIA CORPORATION), DBA UNOCAL
1201 W. 5TH STREET
LOS ANGELES, CA 90017

   FOR: AUTOMOBILE LUBRICATION AND OIL CHANGING SERVICES, IN CLASS 37 (U.S. CL. 103).
   FIRST USE 1-0-1988; IN COMMERCE 7-0-1988.

OWNER OF U.S. REG. NOS. 556,785, 1,568,820 AND OTHERS.
   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXPRESS LUBE", APART FROM THE MARK AS SHOWN.
   THE LINING ON THE DRAWING IN THE MARK IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

   SER. NO. 74-142,823, FILED 2-27-1991.

CHERYL BUTLER, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 EXPRESS LUBE |
| **Goods and Services** | IC 037. US 100 103 106. G & S: automobile lubrication and oil changing services. FIRST USE: 19880100. FIRST USE IN COMMERCE: 19880700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded.<br>26.11.27 - Oblongs not used as carriers for words, letters or designs |
| **Serial Number** | **74142823** |
| **Filing Date** | February 27, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 26, 1991 |
| **Registration Number** | 1676124 |
| **Registration Date** | February 18, 1992 |
| **Owner** | (REGISTRANT) Union Oil Company of California DBA Unocal CORPORATION CALIFORNIA 1201 W. 5th Street Los Angeles CALIFORNIA 90017 |
| | (LAST LISTED OWNER) CONOCOPHILLIPS COMPANY CORPORATION DELAWARE 600 NORTH DAIRY ASHFORD HOUSTON TEXAS 77079 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lynda S. Jolly |

| | |
|---|---|
| **Prior Registrations** | 0556785;0720238;1407063;1568820;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXPRESS LUBE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The lining on the drawing in the mark is a feature of the mark and is not intended to indicate color. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20071002. |
| **Renewal** | 1ST RENEWAL 20071002 |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States Patent Office

754,629
Registered Aug. 13, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 153,434, filed Sept. 18, 1962

76

Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles 17, Calif.

For: AUTOMOTIVE V-BELTS AND RADIATOR HOSE, AND GREASE RETAINERS FOR WHEEL BEARINGS, in CLASS 35.
First use May 23, 1962; in commerce May 25, 1962.
Owner of Reg. No. 728,546.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 017. US 035. G & S: Automotive V-Belts and Radiator Hose, and Grease Retainers for Wheel Bearings. FIRST USE: 19620523. FIRST USE IN COMMERCE: 19620525 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | **72153434** |
| **Filing Date** | September 18, 1962 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0754629 |
| **Registration Date** | August 13, 1963 |
| **Owner** | (REGISTRANT) Union Oil Company of California CORPORATION CALIFORNIA 461 S. BOYLSTON ST. LOS ANGELES CALIFORNIA |
| | (LAST LISTED OWNER) CONOCOPHILLIPS COMPANY CORPORATION DELAWARE 600 NORTH DAIRY ASHFORD HOUSTON TEXAS 77079 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lynda S. Jolly |
| **Prior Registrations** | 0728546 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040303. |
| **Renewal** | 2ND RENEWAL 20040303 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 37

Prior U.S. Cl.: 103

**United States Patent and Trademark Office**

Renewal

Reg. No. 867,703
Registered Apr. 1, 1969
OG Date June 6, 1989

## SERVICE MARK
## PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFOR-
NIA (CALIFORNIA CORPORATION),
DBA UNOCAL,
1201 W. 5TH STREET
LOS ANGELES, CA 90017

OWNER OF U.S. REG. NOS. 166,846,
827,032 AND OTHERS.
THE MARK IS LINED FOR THE
COLORS ORANGE AND BLUE, WHICH

ARE CLAIMED AS A FEATURE OF
THE MARK.

FOR: VEHICLE SERVICE STATION
SERVICE, IN CLASS 103 (INT. CL. 37).

FIRST USE 12-29-1966; IN COMMERCE
12-29-1966.

SER. NO. 298,069, FILED 5-13-1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 6, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 37

Prior U.S. Cl.: 103

**United States Patent and Trademark Office**

Renewal

Reg. No. 867,703

Registered Apr. 1, 1969

OG Date June 6, 1989

### SERVICE MARK
### PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFOR-
NIA (CALIFORNIA CORPORATION),
DBA UNOCAL,
1201 W. 5TH STREET
LOS ANGELES, CA 90017

OWNER OF U.S. REG. NOS. 166,846,
827,032 AND OTHERS.
THE MARK IS LINED FOR THE
COLORS ORANGE AND BLUE, WHICH

ARE CLAIMED AS A FEATURE OF
THE MARK.

FOR: VEHICLE SERVICE STATION
SERVICE, IN CLASS 103 (INT. CL. 37).

FIRST USE 12–29–1966; IN COMMERCE
12–29–1966.

SER. NO. 298,069, FILED 5–13–1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 6, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**867,703**
Registered Apr. 1, 1969

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 298,069, filed May 13, 1968



Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles, Calif. 90017

For: VEHICLE SERVICE STATION SERVICE, in CLASS 103 (INT. CL. 37).

First use Dec. 29, 1966; in commerce Dec. 29, 1966.

The mark is lined for the colors orange and blue, which are claimed as a feature of the mark.

Owner of Reg. Nos. 166,846, 827,032, and others.

J. C. DEMOS, *Examiner*.

# United States Patent Office

**867,703**
Registered Apr. 1, 1969

## PRINCIPAL REGISTER
### Service Mark

COMB. AFF. SEC 8 & 15 ....

Ser. No. 298,069, filed May 13, 1968



Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles, Calif. 90017

For: VEHICLE SERVICE STATION SERVICE, in CLASS 103 (INT. CL. 37).

First use Dec. 29, 1966; in commerce Dec. 29, 1966. The mark is lined for the colors orange and blue, which are claimed as a feature of the mark.

Owner of Reg. Nos. 166,846, 827,032, and others.

J. C. DEMOS, *Examiner.*



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 037. US 103. G & S: VEHICLE SERVICE STATION SERVICE. FIRST USE: 19661229. FIRST USE IN COMMERCE: 19661229 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.13.03 - Advertising, signs, mounted or with posts or standards; Street signs (mounted on posts) 26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 72298069 |
| **Filing Date** | May 13, 1968 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0867703 |
| **Registration Date** | April 1, 1969 |
| **Owner** | (REGISTRANT) UNION OIL COMPANY OF CALIFORNIA DBA UNOCAL CORPORATION CALIFORNIA 4615 BOYLSTON ST. LOS ANGELES CALIFORNIA 90017 <br><br> (LAST LISTED OWNER) CONOCOPHILLIPS COMPANY CORPORATION DELAWARE ML 1106 600 North Dairy Ashford Houston TEXAS Houston |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jeffrey A. Wilson |

| | |
|---|---|
| **Prior Registrations** | 0166846;0827032;AND OTHERS |
| **Description of Mark** | THE MARK IS LINED FOR THE COLORS ORANGE AND BLUE, WHICH ARE CLAIMED AS A FEATURE OF THE MARK. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20090318. |
| **Renewal** | 1ST RENEWAL 20090318 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States Patent Office

**750,554**
**Registered June 4, 1963**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 153,437, filed Sept. 18, 1962

## 76

Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles 17, Calif.

For: OIL FILTERS, FILTER CARTRIDGES, AND AIR CLEANER REPLACEMENT PARTS PRIMARILY FOR AUTOMOTIVE AND TRUCK ENGINES, in CLASS 31.

First use May 23, 1962; in commerce May 25, 1962.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 011. US 031. G & S: Oil Filters, Filter Cartridges, and Air Cleaner Replacement Parts Primarily for Automotive and Truck Engines. FIRST USE: 19620523. FIRST USE IN COMMERCE: 19620525 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72153437 |
| **Filing Date** | September 18, 1962 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0750554 |
| **Registration Date** | June 4, 1963 |
| **Owner** | (REGISTRANT) Union Oil Company of California CORPORATION CALIFORNIA 461 S. BOYLSTON ST. Los Angeles CALIFORNIA |
| | (LAST LISTED OWNER) CONOCOPHILLIPS COMPANY CORPORATION DELAWARE 600 North Dairy Ashford Houston TEXAS 77079 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lynda S. Jolly |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040204. |
| **Renewal** | 2ND RENEWAL 20040204 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States Patent Office

**754,420**
Registered Aug. 13, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 153,435, filed Sept. 18, 1962

## 76

Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles 17, Calif.

For: RUST INHIBITOR, ANTI-LEAK, AND A COMPOSITION FOR INHIBITING RUST, STOPPING LEAKS AND LUBRICATING WATER PUMPS, ALL FOR COOLING SYSTEMS, AND HYDRAULIC BRAKE FLUID, in CLASS 6.

First use May 23, 1962; in commerce May 25, 1962.

Owner of Reg. No. 726,627.



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 25 04:35:46 EST 2012*

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status** *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | 76 |
| **Goods and Services** | IC 002. US 006. G & S: Rust Inhibitor, Anti-Leak, and a Composition for Inhibiting Rust, Stopping Leaks and Lubricating Water Pumps, All for Cooling Systems, and Hydraulic Brake Fluid. FIRST USE: 19620523. FIRST USE IN COMMERCE: 19620525 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72153435 |
| **Filing Date** | September 18, 1962 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0754420 |
| **Registration Date** | August 13, 1963 |
| **Owner** | (REGISTRANT) UNION OIL COMPANY OF CALIFORNIA CORPORATION CALIFORNIA 461 S. BOYLSTON ST. LOS ANGELES CALIFORNIA |
| | (LAST LISTED OWNER) CONOCOPHILLIPS COMPANY CORPORATION DELAWARE NORTH DIARY ASHFORD HOUSTON TEXAS 77079 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lynda S. Jolly |
| **Prior Registrations** | 0726627 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20031202. |
| **Renewal** | 2ND RENEWAL 20031202 |

| Live/Dead Indicator | LIVE |
| --- | --- |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY